IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KENDRA KATRISE DESHAZER**                                                                                    **PLAINTIFF**
ADC #707085
v.                                    **Case No. 5:14-cv-00295 KGB/JTK**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                                                **DEFENDANTS**

## ORDER

The Court has received the Proposed Findings and Recommendations ("Recommendations") submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 17). Plaintiff Kendra Deshazer has filed objections to the Recommendations (Dkt. No. 18). After carefully reviewing the Recommendations and objections, as well as conducting a *de novo* review of the record, the Court hereby approves and adopts the Recommendations in their entirety as this Court's findings in all respects. The Court dismisses with prejudice Ms. DeShazer's *habeas corpus* petition; the relief requested is denied. The Court declines to issue a certificate of appealability because Ms. Deshazer has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253 (c).

This Court acknowledges the other correspondence it has received regarding claims by Ms. DeShazer's family members that she needs medical attention that she is not receiving while incarcerated (Dkt. Nos. 19–22). As Judge Kearney recognized in the Recommendations, such claims are not properly before this Court in Ms. DeShazer's *habeas corpus* petition (Dkt. No. 17, at 2–3).

SO ORDERED this 24th day of November, 2015.

_____
Kristine G. Baker
United States District Judge