IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KENDRA KATRISE DESHAZER**                                                               **PLAINTIFF**
**ADC #707085**
**v.**                          **Case No. 5:14-cv-00295 KGB/JTK**

**WEND KELLEY, Director,**
**Arkansas Department of Correction**                                                     **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, the Court dismisses with prejudice this action. The Court declines to issue a certificate of appealability because plaintiff has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c).

SO ADJUDGED this 24th day of November, 2015.

_____
Kristine G. Baker
United States District Judge